**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| BETH ANN SECRIST, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | No. 3:05-cv-182 |
| ) | PHILLIPS/SHIRLEY |
| JEFF MELLOR, ) | |
| ) | |
| DEFENDANT. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for summary judgment by defendant Jeff Mellor. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Beth Ann Secrist take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Jeff Mellor recover of the plaintiff Beth Ann Secrist its costs of action.

The final pretrial conference scheduled for November 19, 2007 and the trial scheduled for November 28, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of April, 2007.

                                                                s/ Patricia L. McNutt
                                                                    Clerk of Court